# *United States District Court*

### NORTHERN DISTRICT OF CALIFORNIA

*FILED*
*AUG 8 2008*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

ATAULFO RAMIREZ-GOMEZ
a/k/a ALBERTO G. RAMIREZ
a/k/a ATAULFO CAPONE
a/k/a ATAULFO GOMEZ RAMIREZ
a/k/a ARMANDO GOMEZ RAMIREZ
a/k/a MARLO RIVERO
a/k/a ALBERTO GOMEZ RAMIREZ
a/k/a ALBERTO GOMEZ SACADA
a/k/a ATAULFO GOMEZ
a/k/a GOMEZ ATAULFO RAMIREZ

Venue: San Francisco

## CRIMINAL COMPLAINT
CASE NUMBER:

3  08  70523  **BZ**

☐ **ORIGINAL**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>July 31, 2008</u> in <u>Marin County,</u> in the <u>Northern</u> District of California the defendant,

ATAULFO RAMIREZ-GOMEZ (a/k/a ALBERTO G. RAMIREZ, ATAULFO CAPONE, ATAULFO GOMEZ RAMIREZ, ARMANDO GOMEZ RAMIREZ, MARLO RIVERO, ALBERTO GOMEZ RAMIREZ, ALBERTO GOMEZ SACADA, ATAULFO GOMEZ and GOMEZ ATAULFO RAMIREZ), an alien, after having been removed, excluded, and deported from the United States, was thereafter found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title __8__ United States Code, Section(s) _____1326_____.

I further state that I am a <u>Supervisory Detention & Deportation Officer</u> and that this complaint is based on the following facts:    Official Title

## SEE ATTACHED AFFIDAVIT IN SUPPORT OF THIS COMPLAINT

**PENALTIES:** Imprisonment for not more than 20 years, a fine of not more than $250,000.00, a $100.00 dollar special assessment, and 3 years supervised release.

APPROVED AS TO FORM: _____
                         ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Warrant of Arrest Requested: ☐ Yes ☒ No
        Bail Amount: **NO BAIL**

_____
        Signature of Complainant

(page 1 of 2)

Sworn to before me and subscribed in my presence,

_____ at _____ San Francisco, California _____

Date                                                        City and State

**Honorable Bernard Zimmerman**
**United States Magistrate Judge**

Name & Title of Judicial Officer                          Signature of Judicial Officer

STATE AND NORTHERN DISTRICT OF CALIFORNIA  )
                                            ) ss, AFFIDAVIT
CITY AND COUNTY OF SAN FRANCISCO            )

I, Polly E. Kaiser, Supervisory Detention and Deportation Officer, U.S. Immigration and Customs Enforcement (ICE), being duly sworn, depose and state:

## I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1.     This affidavit is submitted in support of a criminal complaint against ATAULFO RAMIREZ-GOMEZ (a/k/a ALBERTO G. RAMIREZ, ATAULFO CAPONE, ATAULFO GOMEZ RAMIREZ, ARMANDO GOMEZ RAMIREZ, MARLO RIVERO, ALBERTO GOMEZ RAMIREZ, ALBERTO GOMEZ SACADA, ATAULFO GOMEZ and GOMEZ ATAULFO RAMIREZ), for violating 8 U.S.C. § 1326. The facts set forth in this Affidavit are based on my review of RAMIREZ-GOMEZ'S official Immigration file (No. A27 128 085), my personal observations, my training and experience, and where noted, information related to me by other law enforcement officials. However, the facts set forth in this Affidavit are not all of the facts related to RAMIREZ-GOMEZ that I know.

## II. AGENT'S BACKGROUND AND EXPERTISE

2.     I have been a Supervisory Detention and Deportation Officer with the U. S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), formerly the United States Department of Justice (DOJ), Immigration and Naturalization Service (INS), for approximately a week. Before that I was a Deportation Officer with ICE for over 5 years. I am currently assigned to ICE's San Francisco, California office, and I am responsible for enforcing federal criminal statutes involving criminal aliens who reenter the United States illegally.

## III. APPLICABLE LAW

3.     Title 8 U.S.C. § 1326 provides criminal penalties for "any alien who . . . has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act . . . ."

## IV. FACTS ESTABLISHING PROBABLE CAUSE

4.     ATAULFO RAMIREZ-GOMEZ, a/k/a ALBERTO G. RAMIREZ, ATAULFO CAPONE, ATAULFO GOMEZ RAMIREZ, ARMANDO GOMEZ RAMIREZ, MARLO

RIVERO, ALBERTO GOMEZ RAMIREZ, ALBERTO GOMEZ SACADA, ATAULFO GOMEZ and GOMEZ ATAULFO RAMIREZ is a 43 year-old male who is a native and citizen of Mexico. RAMIREZ-GOMEZ was deported from the United States to Mexico on May 24, 1990 and May 24, 2006.

5.      Prior to his last deportation of May 24, 2006, RAMIREZ-GOMEZ, was convicted of burglary in the first degree, in violation of California Penal Code § 459, on or about March 14, 1984. On or about September 15, 1986, RAMIREZ-GOMEZ was convicted of armed bank robbery and using and carrying a firearm during a crime of violence, in violation of Title 18 United States Code § 2113(a)(d)(2) and Title 18 United States Code § 924(c)(2), respectively. On or about April 11, 1994, RAMIREZ-GOMEZ was convicted of burglary in the second degree, in violation of California Penal Code § 459. On or about December 18, 1995, RAMIREZ-GOMEZ was convicted of possession of a narcotic controlled substance, in violation of California Health and Safety Code § 11350(a). On or about August 8, 2001, RAMIREZ-GOMEZ was convicted of attempted grand theft of personal property of a value over four hundred dollars and attempting to dissuade a victim or witness from testifying, in violation of California Penal Codes § 664/484/487(a) and § 136.1(a), respectively.

6.      RAMIREZ-GOMEZ last entered the United States illegally in 2007 by voluntarily crossing into California through the international border with Mexico by foot. RAMIREZ-GOMEZ knowingly remained in the United States without first having obtained the consent to reapply for admission from the Attorney General of the United States or the United States Secretary of Homeland Security.

7.      The official Immigration file for RAMIREZ-GOMEZ contains two executed Warrants of Removal. The Warrants of Removal are dated May 24, 1990 and May 24, 2006, these are the two dates when RAMIREZ-GOMEZ was deported from the United States to Mexico.

8.      On or about July 31, 2008, an Immigration and Customs Enforcement (ICE) agent encountered RAMIREZ-GOMEZ pursuant to his incarceration in San Quentin State Prison in Marin, California on unrelated charges. On the same date, ICE agent Byoung Park placed an ICE detainer on RAMIREZ-GOMEZ.

9.      On August 1, 2008, ICE Agent Byoung Park interviewed RAMIREZ-GOMEZ at the ICE San Francisco District Office located in San Francisco, California. After RAMIREZ-GOMEZ was advised of his Miranda rights and the right to speak with the consular or diplomatic officers of his country of citizenship, he admitted that his true name was ATAULFO R. GOMEZ. RAMIREZ-GOMEZ admitted that he is a citizen and national of Mexico and that he had been previously deported from the United States. He also admitted that he illegally reentered the United States in 2007 without first obtaining permission to re-enter after his last deportation.

10.     On August 1, 2008, at the ICE San Francisco District Office, RAMIREZ-GOMEZ'S fingerprints and photos were submitted into the Auto Biometric Identification System (IDENT).

–2–

IDENT information confirmed RAMIREZ-GOMEZ'S identity under Fingerprint Identification Number (FINS) 18965713.

11. On August 6, 2008, a full set of rolled fingerprints belonging to RAMIREZ-GOMEZ was submitted to the Automated Fingerprint Identification Center ("AFIS"), for further verification of the identity. Along with the full set of prints belonging to RAMIREZ-GOMEZ, the single print appearing on each of the two Warrants of Removal (executed May 24, 1990 and May 24, 2006) for RAMIREZ-GOMEZ were all submitted for comparison. The fingerprint examiner positively identified the fingerprints as belonging to the same ATAULFO RAMIREZ-GOMEZ who had previously been removed from the United States on May 24, 1990 and May 24, 2006.

12. There is no indication in ICE's official files that RAMIREZ-GOMEZ has applied for or been granted the requisite permission to reenter the United States from either the Attorney General of the United States or the Secretary of Homeland Security.

## V. CONCLUSION

13. On the basis of the above information, I submit that probable cause exists to believe that ATAULFO RAMIREZ-GOMEZ, a/k/a ALBERTO G. RAMIREZ, ATAULFO CAPONE, ATAULFO GOMEZ RAMIREZ, ARMANDO GOMEZ RAMIREZ, MARLO RIVERO, ALBERTO GOMEZ RAMIREZ, ALBERTO GOMEZ SACADA, ATAULFO GOMEZ and GOMEZ ATAULFO RAMIREZ illegally reentered the United States following deportation, in violation of 8 U.S.C. § 1326.

Polly E. Kaiser
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
San Francisco, California

Subscribed and sworn to before me this _____ day of August, 2008.

The Honorable Bernard Zimmerman
United States Magistrate Judge
Northern District of California
San Francisco, California

-3-